# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLYN FISHER, et al., <br> Plaintiffs, <br> vs. <br> WYETH PHARMACEUTICALS, INC., et al., <br> Defendants. | CASE NO. 17cv2034-LAB (MDD) <br><br> **ORDER OF REMAND** |

Judge Chesney remanded two cases removed by the same defendants in this action three months ago. *Streed v. Eon Labs, Inc.*, 2017 WL 3616591 (N.D. Cal. Aug. 23, 2017). Defendants admit those are "nearly identical cases" to this one, but argue *Streed* was wrong. [Dkt. 58 at n.7.] The Court disagrees. This action is remanded for the same reasons explained in *Streed*. Since the plaintiffs haven't pointed to any unusual circumstances that suggest this removal was objectively unreasonable, their request for fees is denied. *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 136 (2005). The pending motions are denied as moot, and the clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: November 21, 2017

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -